# FINANCIAL SECURITY LIFE ASSURANCE CO. *v.* BIRTIE L. POWELL

5-5059                                                                447 S. W. 2d 64

Opinion delivered November 10, 1969

[Rehearing denied December 8, 1969.]

*Pope, Pratt, Shamburger, Buffalo & Ross*; By: *Pat Moran,* for appellant.

*Wendell Utley, W. D. McKay* and *Larry W. Chandler,* for appellee.

CONLEY BYRD, Justice. The above styled appeal is affirmed for noncompliance with Supreme Court Rule 9 (d), appellant having failed to abstract the complaint, answer, decree and doctor's report upon which it relies.

Affirmed.